**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW DEBOSE,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES et al.,<br><br>          Defendants. | Case No. CV 19-6025-JFW (JPR)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO SERVE |

On July 12, 2019, Plaintiff filed pro se a civil-rights Complaint, paying the filing fee. On August 7, the Magistrate Judge issued an Order re Service of Complaint, explaining, among other things, that Plaintiff had 90 days to serve the Complaint on Defendants. She also advised him of the availability of help from one of the District's pro se clinics.

On October 22, 2019, Plaintiff filed a First Amended Complaint. On October 25, the Magistrate Judge sua sponte extended the time for him to serve the amended complaint, noting that he had not filed proofs of service of either complaint as required by the August 7 order and that the filing of the FAC did

1

not reset the 90-day deadline in Federal Rule of Civil Procedure 4(m). She again told him about the availability of help from the pro se clinics and warned him, in bold letters, that if he failed "to effect proper service by the expiration of the" extended service period, his lawsuit might be dismissed. Plaintiff filed proofs of service on November 6 as to three of the four named Defendants, but as the Magistrate Judge explained in a December 16 Order to Show Cause, they were clearly deficient, and because no Defendant had yet appeared, service was likely never effected on them.

In response to the OSC, Plaintiff filed what he labeled a "Motion for Summary Judgment" and a "Motion to Continue," asking for additional time to serve Defendants. On January 28, 2020, the Magistrate Judge granted his request, giving him until February 18 to effect service and file proofs of service. She warned him yet again that his failure to comply with the order might result in his lawsuit being dismissed as to any unserved Defendants, and she again told him about the pro se clinics. To date Plaintiff has not complied with the January 28 order or requested an extension of time to do so.

Accordingly, for the reasons discussed in the Magistrate Judge's October 25, 2019, December 16, 2019, and January 28, 2020 orders, which this Court has read and accepts, and because this lawsuit has been pending for eight months without any Defendant having been served or, apparently, receiving notice of the lawsuit, it is hereby DISMISSED WITHOUT PREJUDICE. See Fed. R.
/ / /
/ / /

Civ. P. 4(m); Efaw v. Williams, 473 F.3d 1038, 1040-41 (9th Cir. 2007).

The Clerk shall enter judgment accordingly.

DATED: March 4, 2020

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE

Presented by:

_____
Jean Rosenbluth
U.S. Magistrate Judge