JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW DEBOSE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES et al.,<br><br>        Defendants. | ) Case No. CV 19-6025-JFW (JPR)<br>)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>) |

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 4, 2020

JOHN F. WALTER
U.S. DISTRICT JUDGE